UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALIM ILKHAM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-53-SDD-RLB** |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.** | |

### ORDER

Considering Petitioner's Motion for Leave to Proceed *In Forma Pauperis* in the above-captioned proceeding (R. Doc. 2),

**IT IS ORDERED** that Petitioner's Motion (R. Doc. 2) is **GRANTED**, and Petitioner may proceed without prepayment of costs or fees and without the necessity of giving security therefor.

Signed in Baton Rouge, Louisiana, on February 12, 2026.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**